IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL J. ELLIS,
      Petitioner,

vs.                     Case No.:  3:18cv1542/RV/EMT

WARDEN WILLIAM WOOD,
      Respondent.
_____/

# O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated April 9, 2019 (ECF No. 15).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of the timely filed objections (doc. 16).

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      The petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (ECF

No. 1) is **DENIED**.

**DONE AND ORDERED** this 26th day of April, 2019.


/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**